FRANK WOLFF, Respondent, *v.* CHARLES HVASS, Appellant.

*Wolff* v. *Hvass*, 11 Misc. Rep. 561, affirmed.
(Submitted May 4, 1899; decided June 6, 1899.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered March 13, 1895, modifying and, as modified, affirming a judgment in favor of plaintiff entered upon a verdict.

*John J. Linson* for appellant.

*Charles I. Schampain* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

GEORGE COPPELL, as Survivor of Himself and DAVID DUNHAM WITHERS, Respondent, *v.* FRANK C. HOLLINS et al., Appellants.

*Coppell* v. *Hollins*, 91 Hun, 570, affirmed.
(Submitted May 5, 1899; decided June 6, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered December 30, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thomas A. Atchison* for appellants.

*William G. Choate* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.